1048

In the Matter of the Claim of MARY ANN TANGO, Appellant. COMMISSIONER OF LABOR, Respondent.

Submitted April 11, 2016; decided June 7, 2016

Motion for reargument of motion for leave to appeal denied [*see* 26 NY3d 1128 (2016)].

Judge GARCIA taking no part.

In the Matter of the Arbitration between USAA INSURANCE COMPANY, Respondent, and DANIEL B. ARMSTRONG et al., Appellants.

Submitted April 4, 2016; decided June 7, 2016

Motion for leave to appeal dismissed upon the ground that the Court of Appeals has jurisdiction to entertain a motion for leave to appeal pursuant to CPLR 5602 (a) (1) (ii) from a final paper where a prior nonfinal Appellate Division order necessarily affects that paper, and such is not the case here.